# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ARASH ALBEKORD, M.D.,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARY KAY HOLTHUS, DISTRICT JUDGE,<br>Respondents,<br>and<br>DAVID MOREHOUSE,<br>Real Party in Interest. | No. 84566<br><br>**FILED**<br><br>JUN 22 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## *ORDER DISMISSING PETITION*

Petitioner has filed a notice of withdrawal of his petition for a writ of mandamus. The unopposed notice is treated as a motion to voluntarily dismiss the petition, *see* NRAP 27(a)(1), and granted. This matter is dismissed.

It is so ORDERED.

_____, C.J.

cc:    Hon. Mary Kay Holthus, District Judge
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Gerald I. Gillock & Associates
       Eighth District Court Clerk

